**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
J&J SPORTS PRODUCTIONS, INC,

          Plaintiff,

      -against-

JOHNNY'S RESTAURANT, BAR & LOUNGE,
INC. and SAVITRI LALL,

          Defendants.
-----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 14 2017 ★
BROOKLYN OFFICE

**ORDER**
**15-CV-6645 (NG)(SLT)**

**GERSHON, United States District Judge:**

Finding no clear error in the unopposed Report and Recommendation ("R&R") of Magistrate Judge Steven L. Tiscione dated December 15, 2016 regarding the entry of default judgment and the scope of relief to be awarded to plaintiff J&J Sports Productions, Inc., I adopt the R&R. As recommended by Judge Tiscione, plaintiff's motion for a default judgment is granted in part and denied in part. Plaintiff's motion is granted with respect to defendant Johnny's Restaurant, Bar & Lounge, Inc.'s ("Johnny's Restauraunt's") liability under the Federal Communications Act of 1934, 47 U.S.C. § 605, and denied with respect to defendant Savatri Lall. The complaint is dismissed as to Ms. Lall. Plaintiff is awarded $7046.50, consisting of $3297.00 in statutory damages, $3297.00 in enhanced damages, and $452.50 in costs and disbursements. Plaintiff's request for prejudgment interest is denied. Judge Tiscione has carefully reviewed and explained the applicable considerations in reaching his recommendation.

The Clerk of Court is directed to enter judgment accordingly.

SO ORDERED.

/s/ Nina Gershon
NINA GERSHON
United States District Judge

Dated: February 13, 2017
Brooklyn, New York